Raffaele Ferraro, as Administrator, v. Hudson Navigation Company.— Motion to dismiss appeal granted, with ten dollars costs. .

Giovannina Di F. Le Greca, as Administratrix, v. Julius Kindermann, Sr., and Others.— Motion to dismiss appeal as to respondents Julius Kindermann, Sr., and Julius Kindermann, Jr., granted, with ten dollars costs.

Clarence L. Lowther v. William H. Rader and Others.— Motion to dismiss appeal as to respondents named in the order granted, with ten dollars costs, unless appellant comply with terms stated in order.

In the Matter of Arthur F. Gotthold, etc.— Motion to dismiss appeal denied, without costs.

Herman G. Von Rodenstein v. Herbert W. Noble and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.

Henry Margolin v. Hyman Margolin and Others.— Motion denied, with ten dollars costs.

Antonino Vitale v. Albert C. Gants and Others.— Application denied, with ten dollars costs. Order signed.

Samuel D. Levy and Others v. Jetter Brewing Company.— Application denied, with ten dollars costs. Order signed.

Walnut Hill Bank v. National Reserve Bank of the City of New York.— Application granted. Order signed.

Joseph D. Goldstein v. Isaac Goldberg.— Application denied, with ten dollars costs. Order signed.

Charles M. Hussey, as Ancillary Administrator, v. Tweedie Trading Company. — Application denied, with ten dollars costs. Order signed. .

Edward W. S. Johnston, as Executor, etc., v. Martin T. Garvey.— Motion denied, with ten dollars costs.

William R. Ware v. Mary W. Bonta.— Motion denied, with ten dollars costs.

George C. Smith and Others v. Mary L. Hoelzle, Impleaded, etc.— Motion denied, with ten dollars costs.

Artemas H. Holmes v. Helen V. Bell and Others.— Motion granted. Question to be certified on settlement of order. Settle order on notice.

Ursula M. Banks v. Board of Education, Impleaded, etc.— Motion denied, with ten dollars costs.

Clara Zwecker and Others v. Sarah Levine and Others.— Motion denied, with ten dollars costs.

Edith V. Gardiner v. New York Central and Hudson River Railroad Company. —Motion granted; question certified.

Franklin P. Duryea v. Ernestus Gulick Company.— Motion denied, with ten dollars costs.

Eugene L. Waldo and Others v. Fedor Schmidt, Individually, etc.— Motion granted; question certified.

Joseph Skolny and Others v. Max Richter.— Motion denied, with ten dollars costs. .

Charles W. Clinton and Others v. Abraham Boehm and Others.— Motion granted; question certified. .